# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  AU:25-CR-00435(1)-ADA |
| § | |
| (1) JUAN EDUARDO § | |
| VILLANUEVA-MANCILLA | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 2, 2025, wherein the defendant (1) JUAN EDUARDO VILLANUEVA-MANCILLA waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JUAN EDUARDO VILLANUEVA-MANCILLA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JUAN EDUARDO VILLANUEVA-MANCILLA's plea of guilty to Count One (1) is accepted.

Signed this 16th day of October, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE